AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br>Jacob S. Munroe, YOB: 1998<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:19MJ41LDA<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  10/29/2018-06/05/2019  in the county of  Providence  in the
District of  Rhode Island , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of and Accessing with Intent to View Child Pornography |
| 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
See Attached Affidavit of Special Agent James V. Richardson.

☑ Continued on the attached sheet.

_____
*Complainant's signature*
JAMES V. RICHARDSON, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  06/05/2019

_____
*Judge's signature*

City and state:  Providence, Rhode Island   Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*