## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A SEARCH WARRANT

I, James V. Richardson, being duly sworn, depose and state as follows:

### INTRODUCTION

1.      I am a Special Agent with United States Department of Homeland Security

(DHS), Immigrations and Customs Enforcement, Homeland Security Investigations (HSI), and

am assigned to the office of the Resident Agent in Charge, Providence, RI.  I have been an agent

of HSI since 2009.  As part of my duties, I am authorized to investigate violations of the laws of

the United States, including criminal violations relating to child exploitation, child pornography,

coercion and enticement, and transportation of minors, including but not limited to, violations of

18 U.S.C. §§ 2422, 2251, 2252, and 2252A.  I have received training in the investigation of child

pornography, child exploitation, and transportation of minors, and have had the opportunity to

observe and review examples of child pornography (as defined in 18 U.S.C. § 2256).

2.      I am currently participating in an investigation relating to violations of federal law

by a Kik[1] user, "heyfty_1eg" ("HEYFTY_1EG") for distribution and receipt of child

pornography, 18 U.S.C. § 2252(a)(2), and possession of child pornography, in violation of 18

U.S.C. § 2252(a)(4)(B).  I submit this affidavit in support of a Complaint and Arrest Warrant

charging the defendant, JACOB S. MUNROE ("Monroe"), year of birth 1998, with those

offenses.

3.      The statements in this affidavit are based in part on information provided by other

HSI agents and Kik Interactive, Incorporated.

---

[1] Kik, located in Kitchener, Ontario, Canada, is an instant messenger application for mobile
devices, available on iOs, Android, and Windows Phone operating systems.

4.      On June 4, 2019, I obtained a Court-ordered search warrant, court number 19-SW-232LDA, for persons and the premises at 15 Staghead Drive, Pascoag, RI 02859-1319.  That warrant is attached as Exhibit 1, and is incorporated by reference into this affidavit.  In general, that warrant authorized a search of the premises for evidence related to the offenses charged in this complaint.

5.      The premises at 15 Staghead Drive, Pascoag, RI 02859-1319, is a one-family residence, a colonial style, two-story home with six total rooms, 3 bedrooms and 1 and ½ bathrooms.

6.      On June 5, 2019, agents conducted a search of the premises pursuant to the search warrant.  During a search of the premises, agents found a cell phone in Munroe's bedroom. Munroe admitted the cell phone, an Apple 8-plus, was his.  Agents asked Munroe when the last time he knowingly distributed and received child pornography, Munroe said within the last couple of days.

7.      During a search of the residence, Rhode Island Internet Crimes Against Children Task Force forensic analyst Gerald Gent conducted a preview of Munroe's Apple iPhone 8 Plus, serial number C38WL011JCM2. As a result of this preview, Gent observed several images and videos of child pornography. The images and videos depict prepubescent females engaged in sexual acts and/or the graphic exhibition of their genitals. The images and videos were stored in a password protected folder within a PhotoVault app on the device.

## **CONCLUSION**

8.            Based on the foregoing, I submit that there is probable cause to believe

that the defendant, JACOB S. MUNROE (year of birth 1998), committed the offenses of

Receipt/Distribution and Possession of Child Pornography, in violation of 18 U.S.C.

§ § 2252(a)(2) and §2252(a)(4)(B).


Sworn to under the pains and penalties of perjury,


_____
JAMES V. RICHARDSON
Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN to before me on May 22, 2019.    *June 5*


_____
HONORABLE LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE