**UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

       v.                                         CR No. 20-CR-0046 JJM

JACOB S. MUNROE

**United States' Sentencing Memorandum**

     Defendant Jacob Munroe presents a difficult case for sentencing to this Court.  As is true in many criminal scenarios, his conduct leaves many harmed in its wake:  family members and friends.  However, the interests of those hidden individuals who are most harmed by his conduct must be considered first:  the young children whose images were made – and distributed - by the defendant.  Here, the gravity of his conduct was magnified when, months after his initial arrest, he was re-arrested in possession of *650 images and 6 videos* of additional child pornography.  Deterrence thus was tried and failed in this case.  His sentence should reflect that unfortunate truth, and should also reflect the threat to minor children represented by his conduct.

     1.     *Travel.*  The defendant was first arrested in this case on June 5, 2019, after an investigation by HSI agents as well as the Rhode Island State Police.  Analysis of his cell phone revealed that he was in possession of dozens of images of child pornography, as well 19 child pornography videos.  The defendant was given the benefit of release at that time, but in November 2020, he was found to be yet again in possession of hundreds of images of child pornography.  The defendant was detained at that time by this Court.

2.     *Facts*.

This case involves the Kik computer application.  Kik allowed for chatting and the exchange of digital photographs and videos.  Kik was based in Canada, and described itself as follows:  "Kik Messenger is a free instant messaging and social networking app that uses your smartphone's data plan or Wi-Fi connection to send messages to other Kik users, bypassing SMS (short message service). It's available on iOS, Android, and Amazon for Kindle Fire."

As it became popular with those possessing and trading child pornography, Kik began cooperating with law enforcement.  In November 2018, Kik sent leads to HSI.  One of those showed that on November 20, 2018, Kik user HEYFTY_1EG was in a group chat called "Dblinks" with other individuals who were trading child pornography.  HSI's investigation revealed that Kik user HEYFTY_1EG was in fact defendant Jacob Munroe.

HSI SA James Richardson viewed a link, posted on November 20, 2018, in the "Dblinks" chat posted by Kik user HETFTY_1EG.  The individual using that name was the defendant.  SA Richardson confirmed that there were 19 videos of child pornography being distributed by the defendant to other Kik users.

The following is a sample description of two videos distributed by the defendant via Kik by user HEYFTY_1EG:

File Name:  B3G3RX3g56Awz_92.mp4
Description:  The video is 30 seconds in length.  It depicts an adult male inserting his penis into a minor female's mouth.  The video also depicts an adult male penetrating the anus of a prepubescent female.

File Name:  E1E9boYy3q0VWdgv.mp4
Description:  The video is 23 seconds in length.  The video depicts a prepubescent female performing oral sex on an adult male as the adult male manipulates the vagina of the minor female.  The minor female is bound with rope.

The IP address for the poster of this content came back to a residence in Pascoag (Burrilleville), where the defendant lived with his parents. At the execution of a subsequent search warrant for the residence on June 5, 2019, the defendant admitted he had been uploading child pornography through his Kik account. The search warrant covered cell phones, and agents observed child pornography on the defendant's cell phone as well.

On June 4 and 5, 2019, this Court issued search and arrest warrants for the defendant and the defendant's residence in Pascoag, RI. The defendant was arrested at this time. Pursuant to the search warrant, the defendant's phone was searched, which led to the discovery by agents of 19 videos containing child pornography. After being arrested, the defendant was released on bond.

Despite this first arrest, investigators from the Rhode Island State Police as well as HSI developed additional evidence that the defendant continued to be in possession of child pornography. On November 4, 2020, members of RISP executed a state search warrant. The defendant was found to be in possession of an Apple iPhone containing some 450 images and 6 videos containing child pornography.

3. *Plea Agreement.*

There is no plea agreement in this case.

4. *Presentence Report.*

There are no objections to the presentence report.

4. *Recommendation.*

Of course, there is no magic formula for a sentencing recommendation in a case such as this one. Obviously, the degfendant is subject to the five-year mandatory minimum on the distribution count. What is most distressing here is that when the

deterrence value of the sentence he was facing should have been at its highest, this defendant chose to reoffend, victimizing additional children.  This demonstrates the defendant's lack of remorse and his danger to the community.  It should be noted here that the defendant did not seek out images of adults, but rather went right back to seeking images of young children.

For that reason, the government recommends a total sentence in this matter of 100 months:  72 months for the distribution, and  28 months for the more recent possession count.

>Respectfully submitted,
>
>UNITED STATES OF AMERICA
>By its Attorney,
>
>ZACHARY A. CUNHA
>United States Attorney
>
>/s/ TERRENCE P. DONNELLY
>Terrence P. Donnelly
>Assistant U.S. Attorney
>U.S. Attorney's Office
>50 Kennedy Plaza, 8th FL
>Providence, RI 02903
>Tel (401) 709-5000
>Fax (401) 709-5001
>Email:  terrence.donnelly@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of February, 2022, I caused the within United States' Sentencing Memorandum to be electronically filed and available to counsel listed below for viewing in the United States District Court for the District of Rhode Island, using the CM/ECF System.

Rebecca Aitchison, Esq.

                                              /s/ Terrence P. Donnelly
                                              TERRENCE P. DONNELLY
                                              Assistant U. S. Attorney
                                              U.S. Attorney's Office
                                              50 Kennedy Plaza, 8th Floor
                                              Providence, RI 02903